**Fred RUSSELL, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36112.**

Missouri Court of Appeals,
Western District.

Jan. 29, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied April 2, 1985.

Joseph Henry Locascio, Sp. Public Defender, Kansas City, for movant-appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and MANFORD and KENNEDY, JJ.

### ORDER

PER CURIAM.

This is a direct appeal from the denial of post-conviction relief sought pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).